# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

144996

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CITY OF ROMULUS,
          Plaintiff-Appellant,

v

CHARTER COUNTY OF WAYNE and
WAYNE COUNTY AIRPORT AUTHORITY,
          Defendants-Appellees.

SC: 144996
COA: 300844
Wayne CC: 10-001234-CK

_____/

On order of the Court, the application for leave to appeal the March 15, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

p0917